**FILED**

MAY 02 2022

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| RANDY WALLACE, JR., | ) |
| Plaintiff, | ) |
| v. | )  Civil Action No. 1:22-cv-09-SPB |
| INDIEGOGO, INC., | ) |
| Defendant | ) |

### NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)

PLEASE TAKE NOTICE:

This action is dismissed with prejudice by the Plaintiff(s) in its entirety.

The dismissal is made pursuant to F.R.Civ.P. 41(a)(1)(A)(i).

5-2-2022
Date

_Signature of Attorney/Party_

It is so ordered, this 11th day of May 2022.

United States District Judge